(Reap. Dec. 8894)

EDWARD S. ZERWEKH COMPANY v. UNITED STATES

Entry Nos. 341; 2788.

(Decided July 10, 1957)

*Philip Stein* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These two appeals for reappraisement relate to certain binoculars and cases exported from Japan and entered at the port of Los Angles, Calif.

The cases have been submitted on an agreed set of facts, establishing export value, as defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for appraisement of the merchandise in question, and showing such statutory value for these binoculars and cases to be the unit values as set forth in schedule "A," hereto attached and made a part hereof, less deductions from said unit values of "(F. O. B.) charges for inland freight, insurance premium, storage, hauling and lighterage," as invoiced, net packed, and I so hold. Judgment will be rendered accordingly.

(Reap. Dec. 8895)

POPPET CORP. v. UNITED STATES

Entry No. 959872.

(Decided July 10, 1957)

*Sharretts, Paley & Carter* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain Poppet adhesive pens, each accompanied by a refill, that were exported from London and entered at the port of New York.

An agreed set of facts, upon which the case has been submitted, establishes that foreign value is the proper basis for appraisement of the merchandise in question, and that such statutory value is "3 shillings 6 pence per pen, less 33⅓%, less 3¾%, and 3 pence per refill," and I so hold.

Judgment will be rendered accordingly.